

## NUMBER 13-10-00197-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

---

**GULF ISLAND FABRICATION, INC. AND
GULF ISLAND, L.L.C.,**                                            **Appellants,**

**v.**

**LUCINDA F. FLORES, ET AL.,**                                     **Appellees.**

---

### On appeal from the 156th District Court
### of San Patricio County, Texas.

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam**

Appellants, Gulf Island Fabrication, Inc. and Gulf Island, L.L.C., perfected an

appeal from a judgment entered by the 156th District Court of San Patricio County, Texas,

in cause number S-08-5392-CV-B. The parties have filed a joint motion to reverse the

judgment and remand to the district court on grounds that all matters in controversy

between them in this cause have been fully compromised and settled. The parties request that we reverse the trial court's judgment without regard to the merits and remand the case for implementation of settlement.

The Court, having considered the documents on file and the joint motion to reverse and remand, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Accordingly, the joint motion is granted. We REVERSE the trial court's judgment without regard to the merits, and REMAND this case to the trial court for further proceedings in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d).

Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having reversed the trial court's judgment and remanded the case at the parties' request, no motion for rehearing will be entertained.

Furthermore, the parties request immediate issuance of our mandate. *See* TEX. R. APP. P. 18.1(c). The motion is GRANTED. We direct the Clerk of the Court to issue the mandate immediately. *See id.*


PER CURIAM

Delivered and filed the
16th day of June, 2011.

2